1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

7    RYAN CHAMBERS,                    Case No. 17-cv-05404-SK

8            Plaintiff,

9        v.                               **REFERRAL FOR PURPOSE OF**
**DETERMINING RELATIONSHIP**

10   TD BANK, N.A.,

11           Defendant.

12

13        Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the

14   Honorable James Donato for consideration of whether the case is related to 17-cv-05109-JD.

15        **IT IS SO ORDERED.**

16   Dated: January 22, 2018

17                                                        

18                                     SALLIE KIM
United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28